UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Esther Salas |
| v. | Crim. No. 26-4 |
| LEONARDO AYALA | |

## WAIVER OF INDICTMENT

I, Leonardo Ayala, the above-named defendant, who is charged in Count One with conspiring to launder money, in violation of Title 18, United States Code, Section 1956(h); and in Count Two with accepting bribes as a bank employee, in violation of Title 18, United States Code, Section 215(a)(2), being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on __1/28/26__, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant Leonardo Ayala

_____
Stephen J. Natoli, Esq.
Counsel for Defendant

Before:  _____
HON. Esther Salas
United States District Judge